IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-602-AP

JEFFREY R. BOND,

                Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| MICHAEL A. DESAULNIERS | JOHN F. WALSH |
| Law Office of Michael W. Seckar | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | WILLIAM G. PHARO |
| Telephone (719) 543-8636 | Assistant United States Attorney |
| E-mail: seckarlaw@mindspring.com | United States Attorney's Office |
| | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-1571 |
| | david.blower@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:** March 9, 2012

      **B.      Date Complaint Was Served on U.S. Attorney's Office:** March 20, 2012

      **C.      Date Answer and Administrative Record Were Filed:** May 21, 2012

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.

**8.      BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.      Plaintiffs Opening Brief Due:** July 23, 2012

**B.      Defendant's Response Brief Due:** August 22, 2012

**C.      Plaintiffs Reply Brief (If Any) Due:** September 6, 2012

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement:**  Plaintiff does not request oral argument.

**B.      Defendant's Statement:**   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of June, 2012.

BY THE COURT:

_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

3

APPROVED:

| | |
|---|---|
| s/ Michael A. Desaulniers<br>Michael A. Desaulniers<br>Law Office of Michael W. Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>E-mail: seckarlaw@mindspring.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone: (303) 844-1571<br>david.blower@ssa.gov<br><br>Attorneys for Defendant. |