IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00602-AP

JEFFREY R. BOND,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

ORDER

---

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #14), filed August 17, 2012, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer*, 509 U.S. 292, 296-302 (1993).

Dated: August 17, 2012.

                                              *s/John L. Kane*
                                              UNITED STATES DISTRICT COURT