# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martinez

Civil Action No. 12-cv-00602-AP

---

JEFFREY R. BOND,
    Plaintiff,

v.

MICHAEL J. ASTRUE,
    Commissioner of Social Security,

---

ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANTTO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412

---

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #19), filed October 30, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$5,262.88.**

Dated at Denver, Colorado, this 30th day of October, 2012.

                        BY THE COURT:

                        *s/John L. Kane*_____
                        John L. Kane
                        United States District Judge